FILED
CLERK, U.S. DISTRICT COURT
APR - 1 2013
CENTRAL DISTRICT OF CALIFORNIA
BY D.C. DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> vs. <br> JOSE MANUEL VASQUEZ <br> Defendant. | Case No.: MJ 13-981 <br><br> ORDER OF DETENTION AFTER HEARING <br> [Fed.R.Crim.P. 32.1(a)(6); <br> 18 U.S.C. 3143(a)] |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the **Southern District of California** for alleged violation(s) of the terms and conditions of (his)/her [probation] [supervised release]; and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

The Court finds that:

A.   (X)   The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on **nature of alleged violation, absence of information regarding available sureties, and drug use**

and/or

B.  ( )  The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c).  This finding is based on:_____

IT THEREFORE IS ORDERED that the defendant be detained pending the further revocation proceedings.

Dated: 4/1/13

*Carla M. Woehrle*

CARLA M. WOEHRLE
UNITES STATES MAGISTRATE JUDGE